469 A.2d 1143

Commonwealth v. Worthey, Appellant.
Reargument Denied Jan. 31, 1984.

Submitted May 3, 1983. Thomas L. McGill, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTGOMERY and HOFFMAN, JJ.

Case remanded to the Common Pleas Court so that the court may conduct an evidentiary hearing upon the two claims of ineffectiveness of trial counsel and judgment of sentence affirmed as to all other issues. Jurisdiction is relinquished.